# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROASSURANCE SPECIALTY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>NAJEEB K. ANSARI,<br><br>    Defendant. | Case No. 25-cv-01207-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE NOTICE OF STATUS OF SERVICE<br><br>**DECEMBER 24, 2025 DEADLINE** |

    Plaintiff commenced this action on September 15, 2025. (ECF No. 1.) A scheduling conference is currently set for January 6, 2026. (ECF No. 5.) Plaintiff has not returned service documents, and Defendant has not filed a responsive pleading.

    Rule 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). "But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Id. The order setting the scheduling conference in this matter additionally provides that: "plaintiff shall diligently pursue service of the summons and complaint and dismiss those defendants against whom the plaintiff will not pursue claims . . . [and] plaintiff shall promptly file proofs of service of the summons and complaint so the Court has a record of service." (ECF No. 5, p. 1.)

Accordingly, IT IS HEREBY ORDERED that **no later than December 24, 2025**, Plaintiff shall file a notice addressing the status of service on Defendant and whether the scheduling conference should be continued to a later date. Plaintiff is advised that failure to comply with this order may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated:   **December 17, 2025**

STANLEY A. BOONE
United States Magistrate Judge