# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROASSURANCE SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NAJEEB K. ANSARI, et al.,<br><br>Defendants. | Case No.  1:25-cv-01207-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT REGARDING READINESS FOR INITIAL SCHEDULING CONFERENCE<br><br>**DEADLINE: APRIL 13, 2026** |

On September 15, 2025, Plaintiff commenced this action.  (ECF No. 1.)  As relevant here, on February 18, 2026, the Court granted Plaintiff's motion for leave to file an amended complaint, which included a clarification that "L.G." was an individual defendant and not a doe defendant.  (ECF No. 14.)  Plaintiff filed its amended complaint, and the Clerk issued summonses on February 24, 2026.  (ECF Nos. 15, 16.)  The initial scheduling conference is scheduled for May 19, 2026.  (ECF No. 11.)  The Court will generally not hold an initial scheduling conference if one or more defendants have not appeared and answered.  At this time, no defendant has answered or otherwise appeared.

///

///

///

///

1

Therefore, IT IS HEREBY ORDERED that **on or before April 13, 2026**, Plaintiff shall file a status report indicating the status of service upon defendants; whether Plaintiff is prepared to hold the scheduling conference; whether the scheduling conference should be continued to allow for the defendants to appear in this action; and/or whether Plaintiff plans to request an entry of default.

Though not presently implicated, Plaintiff is advised that it must comply with Fed. R. Civ. P. 4(m) and should move for an extension should one become necessary in the future.

IT IS SO ORDERED.

Dated:    **April 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2