# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROASSURANCE SPECIALTY INSURNACE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> NAJEEB K. ANSARI, M.D., et al., <br><br> Defendants. | Case No. 1:25-cv-01207-SAB <br><br> ORDER RE STATUS REPORT OF READINESS FOR INITIAL SCHEDULING CONFERENCE <br><br> (ECF No. 19) |

Before the Court is Plaintiff's status report regarding readiness for the initial scheduling conference, in which Plaintiff requests to continue the initial scheduling conference by 90 days to complete service. (ECF No. 19.) For good cause shown, the Court hereby GRANTS the request and ORDERS that the initial scheduling conference is CONTINUED to **August 25, 2026, at 11:30 a.m**. The parties shall file a joint scheduling report one week prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **April 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge