# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROASSURANCE SPECIALTY INSURANCE COMPANY,<br>Plaintiff,<br>v.<br>NAJEEB K. ANSARI, et al.,<br>Defendants. | Case No. 1:25-cv-01207-SAB<br>ORDER REGARDING STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT<br>(ECF No. 31) |

Before the Court is a stipulation from the relevant parties to continue the hearing on Plaintiff's motion for default judgment against Najeeb K. Ansari. (ECF No. 31.) For good cause shown, the Court hereby approves the stipulation and ORDERS that the hearing on Plaintiff's motion for default judgment is CONTINUED to **October 28, 2026, at 10:00 a.m.** Further, in light of the fact that Plaintiff and Defendant L.G. have commenced settlement discussions which have the potential of resolving both this action and the underlying action, the initial scheduling conference is CONTINUED to **September 24, 2026, at 10:00 a.m.**

IT IS SO ORDERED.

Dated: **August 19, 2026**

STANLEY A. BOONE
United States Magistrate Judge