# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PROASSURANCE SPECIALTY INSURANCE COMPANY,

Plaintiff,

v.

NAJEEB K. ANSARI, et al.,

Defendants.

Case No. 1:25-cv-01207-KES-SAB

ORDER RE: MOTION FOR DEFAULT JUDGMENT

(ECF No. 36)

On September 25, 2026, Plaintiff filed a notice of withdrawal of its motion for default judgment against Najeeb K. Ansari filed on August 4, 2026 with a hearing set for October 28, 2026, without prejudice. (ECF Nos. 30, 33, 36.) Plaintiff requests a deadline of November 6, 2026 to refile the motion for default judgment. (ECF No. 36, p. 2.) For good cause shown, the Court approves the request and ORDERS that Plaintiff shall have through **November 6, 2026** to refile the motion for default judgment.

IT IS SO ORDERED.

Dated: **September 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge