# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PROASSURANCE SPECIALTY INSURANCE COMPANY,

Plaintiff,

v.

NAJEEB K. ANSARI, et al.,

Defendants.

Case No. 1:25-cv-01207-KES-SAB

ORDER DIRECTING CLERK OF COURT ADJUST DOCKET TO REFLECT STIPULATED DISMISSAL OF DEFENDANT L.G.

(ECF No. 38)

On October 26, 2026, Plaintiff and Defendant L.G. filed a stipulation dismissing the claims against this Defendant with prejudice. (ECF No. 38.) In light of the stipulation, Defendant L.G. has been dismissed pursuant to the terms of the stipulation. Fed. R. Civ. P. 41(a)(1)(A)(ii); see Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997)

Accordingly, the Clerk of the Court is DIRECTED to TERMINATE Defendant L.G. on the docket to reflect the stipulated dismissal pursuant to Rule 41(a).

IT IS SO ORDERED.

Dated: **October 27, 2026**

STANLEY A. BOONE
United States Magistrate Judge